

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2019

No. 04-19-00326-CV

**IN THE INTEREST OF T.H.J., CHILDREN,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00096
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was originally due to be filed on May 28, 2019. After the reporter's record was not filed, this court notified the court reporter that the record was due. In response, the court reporter filed a notice of late record requesting until June 14, 2019 to file the reporter's record. The request is GRANTED. It is therefore ORDERED that the reporter's record must be filed in this appeal no later than June 14, 2019. TEX. R. APP. P. 35.3(c). **FURTHER REQUESTS FOR EXTENSIONS OF TIME WILL BE DISFAVORED.**

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court